UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 SEP 11 PM 4:07

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>GUILLERMO GARCIA-MENDEZ,<br><br>                 Defendant. | CASE NO. 12-cr-02802-WQH<br><br>BY _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) as charged in the Information:

    8:1326(a) and (b) - Attempted Reentry of a Removed Alien

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 11, 2012

                                        William V. Gallo
                                        U.S. Magistrate Judge